MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

302 658 9200
302 658 3989 FAX

RODGER D. SMITH II
302 351 9205
rsmith@mnat.com

April 7, 2020

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, DE  19801-3555

     Re:   *Boston Scientific Corp. and Boston Scientific Neuromodulation Corp.*
            *v. Nevro Corp.*, C.A. No. 18-644 (CFC)

Dear Judge Connolly:

        I am writing on behalf of defendant and counterclaim-plaintiff Nevro Corp. in connection with its March 26, 2020 Notice Of Subsequent Developments Regarding IPR Appeals (D.I. 90), to let the Court know that the Federal Circuit has cancelled *sua sponte* the May 4, 2020 oral argument and has indicated to the parties that it will decide the appeals on the papers.

        Respectfully,

        */s/ Rodger D. Smith II*

        Rodger D. Smith II (#3778)

RDS/rah

cc:    All Counsel of Record (via electronic mail)