# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. AND BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant. | C.A. No. 16-1163-CFC |
| BOSTON SCIENTIFIC CORP. AND BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant. | C.A. No. 18-644-CFC |

## MOTION TO CONSOLIDATE, BIFURCATE, AND PARTIALLY LIFT STAY

Plaintiffs Boston Scientific Corp. and Boston Scientific Neuromodulation Corp. respectfully move this Court to: (1) consolidate Civil Action No. 16-1163-CFC (the "2016 Action") and Civil Action No. 18-644-CFC (the "2018 Action"); (2) bifurcate the patents on which *inter partes* review was denied in the 2016 Action (U.S. Patent Nos. 7,891,085, 8,650,747, 8,646,172, 8,019,439, 8,644,933, and 7,437,193; collectively, "2016 No IPR Patents") and the trade secret misappropriation claim in the 2018 Action from all other claims; and (3) lift the stay entered by the Court on June 15, 2018 (2016 Action, D.I. 244) as to the 2016 No IPR Patents. The parties would then proceed to trial on October 18, 2021, as already scheduled (D.I. 51), on the 2016 No IPR Patents and trade secret misappropriation claim in the 2018 Action. The patents on which *inter partes* review was instituted in the 2016 Action (U.S. Patent Nos. 6,895,280 and 7,587,241) would remain stayed and the 2018 Action's patents and counterclaims would be stayed pending *inter partes* review.

The grounds for this Motion are fully set forth in Plaintiffs' Combined Opening Brief in Support of Its Motion to Consolidate, Bifurcate, and Partially Lift Stay; and Answering Brief in Opposition to Defendant's Motion to Stay.

| | |
|---|---|
| DATED:  February 18, 2020 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| Matthew M. Wolf<br>Edward Han<br>Marc Cohn<br>Amy DeWitt<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>(202) 942-5000<br>Matthew.Wolf@arnoldporter.com<br>Edward.Han@arnoldporter.com<br>Marc.Cohn@arnoldporter.com<br>Amy.DeWitt@arnoldporter.com<br><br>Krista M. Carter<br>Thomas T. Carmack<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>3000 El Camino Real<br>Five Palo Alto Square \| Suite 500<br>Palo Alto, CA 94306-2112<br>(650) 319-4500<br>Krista.Carter@arnoldporter.com<br>Tom.Carmack@arnoldporter.com | */s/ Karen L. Pascale*<br>Karen L. Pascale (#2903)<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>pkraman@ycst.com<br><br>*Attorneys for Plaintiffs* |

3

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on February 18, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

***Attorneys for Defendant Nevro Corp.:***

| | |
|---|---|
| Rodger D. Smith II | *rsmith@mnat.com* |
| Michael J. Flynn | *mflynn@mnat.com* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | |
| 1201 North Market Street | |
| P.O. Box 1347 | |
| Wilmington, DE 19899-1347 | |

| | |
|---|---|
| Bradford J. Badke | *jbadke@sidley.com* |
| Ching-Lee Fukuda | *clfukuda@sidley.com* |
| Ketan V. Patel | *ketan.patel@sidley.com* |
| Sharon Lee | *sharon.lee@sidley.com* |
| SIDLEY AUSTIN LLP | |
| 787 Seventh Avenue | |
| New York, NY 10019 | |

| | |
|---|---|
| Thomas A. Broughan III | *tbroughan@sidley.com* |
| SIDLEY AUSTIN LLP | |
| 1501 K Street, N.W. | |
| Washington, DC 20005 | |

| | |
|---|---|
| February 18, 2020 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | */s/ Karen L. Pascale* |
| | Karen L. Pascale (No. 2903) |
| | *[kpascale@ycst.com]* |
| | Pilar G. Kraman (#5199) |
| | *[pkraman@ycst.com]* |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone:  302-571-6600 |
| | *Attorneys for Plaintiffs,* |
| | *Boston Scientific Corporation* |
| | *and Boston Scientific Neuromodulation Corp.* |