IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant and Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 16-1163 (CFC) |
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant and Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-644 (CFC) |

**NEVRO CORP.'S NOTICE OF SUBSEQUENT DEVELOPMENTS
<u>REGARDING IPR APPEALS</u>**

In connection with its Motion to Stay the Action Pending Completion of *Inter Partes* Review (C.A. No. 18-644, D.I. 42) and Plaintiffs' Motion to Consolidate, Bifurcate, and Partially Lift Stay (C.A. No. 18-644, D.I. 52; C.A.

No. 16-1163, D.I. 279), Defendant-Counterclaimant Nevro Corp. ("Nevro") provides notice that the Court of Appeals for the Federal Circuit has scheduled oral argument in the appeals of the Patent Trial and Appeal Board's ("PTAB") Final Written Decisions regarding U.S. Patent Nos. 6,895,280 (the "'280 patent") and 7,587,241 (the "'241 patent"). The '280 and '241 patents are two of the patents that Plaintiffs asserted in C.A. No. 16-1163-CFC, the patents for which the PTAB found the asserted claims invalid, and the patents that formed the basis for the Court's decision to stay all proceedings in C.A. No. 16-1163-CFC. Oral argument in both appeals is scheduled for May 4, 2020. Accordingly, any affirmance by the Federal Circuit of the PTAB's decisions under Fed. Cir. R. 36 would be expected by early May 2020. As the Court noted during the January 16, 2020 Rule 16 Scheduling Conference in C.A. No. 18-644-CFC in discussing Plaintiffs' request to lift the stay in C.A. No. 16-1163-CFC, it is not "practical to proceed on multiple fronts when we might get a decision from the Federal Circuit" within months. 1/16/2020 Hrg. Tr. at 7:13-16.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Rodger D. Smith II* |
|  |  |
|  | Rodger D. Smith II (#3778) |
|  | Michael J. Flynn (#5333) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE  19899 |
|  | (302) 658-9200 |
| Bradford J. Badke | rsmith@mnat.com |
| Ching-Lee Fukuda | mflynn@mnat.com |
| Sharon Lee |  |
| Ketan V. Patel | *Attorneys for Defendant and* |
| SIDLEY AUSTIN LLP | *Counterclaimant Nevro Corp.* |
| 787 Seventh Avenue |  |
| New York, NY 10019 |  |
| (212) 839-5300 |  |

Thomas A. Broughan, III
SIDLEY AUSTIN LLP
1501 K. Street, N.W.
Washington, D.C. 20005
(202) 736-8510

Nathan A. Greenblatt
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
(650) 565-7000

March 26, 2020

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 26, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Karen L. Pascale, Esquire<br>Pilar G. Kraman, Esquire<br>YOUNG CONAWAY STARGATT &TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Edward Han, Esquire<br>Matthew M. Wolf, Esquire<br>Marc A. Cohn, Esquire<br>William Z. Louden, Esquire<br>Chris Moulder, Esquire<br>Amy DeWitt, Esquire<br>Tara L. Williamson, Esquire<br>William Young, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC  20001-3743<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Krista Carter, Esquire<br>Edmond Ahadome, Esquire<br>David A. Caine, Esquire<br>Michael D.K. Nguyen, Esquire<br>Carson D. Anderson, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA  94306-2112<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Oscar Ramallo, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street<br>Forty-Fourth Floor<br>Los Angeles, CA  90017-5844<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Philip Smithback, Esquire<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY  10019-9710<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Kahn, Esquire<br>Michael N. Petegorsky, Esquire<br>Brooks J. Kenyon, Esquire<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park, Bank of America Tower<br>New York, NY  10036-6745<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| C. Brandon Rash, Esquire<br>Rachel J. Elsby, Esquire<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Tower<br>2001 K Street, N.W.<br>Washington, DC  20006-1037<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Jason Weil, Esquire  VIA ELECTRONIC MAIL
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
*Attorneys for Plaintiffs*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)