**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant, | C.A. No. 18-644-CFC-CJB <br><br> **REDACTED – <br> PUBLIC VERSION** |

**EXHIBITS F AND G TO
PLAINTIFFS' OPENING LETTER BRIEF
TO THE HONORABLE CHRISTOPHER J. BURKE RE: MOTION TO COMPEL
DEFENDANT TO RESPOND TO TRADE SECRET DISCOVERY**

OF COUNSEL:

Matthew M. Wolf
Edward Han
Marc A. Cohn
Amy DeWitt
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000
matthew.wolf@arnoldporter.com
ed.han@arnoldporter.com
marc.cohn@arnoldporter.com
amy.dewitt@ arnoldporter.com

Dina M. Hayes
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street, Suite 4200
Chicago, IL  60602-4231
(312) 583-2300
dina.hayes@arnoldporter.com

Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiffs Boston Scientific Corporation and Boston Scientific Neuromodulation Corp.*

April 21, 2020
Redacted Version:   April 28, 2020

*(Continued . . . .)*

Krista M. Carter
Thomas T. Carmack
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square | Suite 500
Palo Alto, CA 94306-2112
(650) 319-4500
krista.carter@arnoldporter.com
tom.carmack@arnoldporter.com

Michael P. Kahn
Michael N. Petegorsky
Brooks J. Kenyon
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park, Bank of America Tower
New York, NY 10036-6745
(212) 872-1000
mkahn@akingump.com
mpetegorsky@akingump.com
bkenyon@akingump.com

C. Brandon Rash
Rachel J. Elsby
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006-1037
(202) 887-4000
brandon.rash@akingump.com
relsby@akingump.com

Jason Weil
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
(215) 965-1200
jweil@akingump.com

# REDACTED IN THEIR ENTIRETY

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on April 28, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

***Attorneys for Defendant Nevro Corp.:***

| | |
|---|---|
| Rodger D. Smith II | *rsmith@mnat.com* |
| Michael J. Flynn | *mflynn@mnat.com* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | |
| 1201 North Market Street | |
| P.O. Box 1347 | |
| Wilmington, DE 19899-1347 | |
| | |
| Bradford J. Badke | *jbadke@sidley.com* |
| Ching-Lee Fukuda | *clfukuda@sidley.com* |
| Ketan V. Patel | *ketan.patel@sidley.com* |
| Sharon Lee | *sharon.lee@sidley.com* |
| SIDLEY AUSTIN LLP | |
| 787 Seventh Avenue | |
| New York, NY 10019 | |
| | |
| Thomas A. Broughan III | *tbroughan@sidley.com* |
| SIDLEY AUSTIN LLP | |
| 1501 K Street, N.W. | |
| Washington, DC 20005 | |
| | |
| Nathan A. Greenblatt | *ngreenblatt@sidley.com* |
| SIDLEY AUSTIN LLP | |
| 1001 Page Mill Road Building 1 | |
| Palo Alto, CA 94304 | |

2

| | |
|---|---|
| April 28, 2020 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Karen L. Pascale*<br>_____<br>Karen L. Pascale (No. 2903)<br>*[kpascale@ycst.com]*<br>Pilar G. Kraman (#5199)<br>*[pkraman@ycst.com]*<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-571-6600<br><br>*Attorneys for Plaintiffs,*<br>*Boston Scientific Corporation*<br>*and Boston Scientific Neuromodulation*<br> *Corp.* |

26180015.1

2