# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. AND BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant. | C.A. No. 16-1163-CFC |
| BOSTON SCIENTIFIC CORP. AND BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant and Counterclaimant. | C.A. No. 18-644-CFC-CJB |

**PLAINTIFFS' NOTICE OF SUBSEQUENT EVENTS REGARDING THEIR MOTION TO CONSOLIDATE, BIFURCATE, AND PARTIALLY LIFT STAY**

Plaintiffs Boston Scientific Corp. and Boston Scientific Neuromodulation Corp. (collectively, "Boston Scientific") respectfully provide this notice of subsequent material events regarding their Motion to Consolidate, Bifurcate, and Partially Lift Stay.[1]  Specifically, all Patent Office proceedings and all appeals therefrom regarding patents in the related 2016 Action (No. 16-1163-CFC) have been completed.  The premise of the stay of that Action, therefore, no longer exists.  Those claims are ready to proceed and should be consolidated with the trade secret claim in the 2018 Action (No. 18-644-CFC-CJB) for the trial already set for October 2021.

### A. The Patent Office Proceedings In The Related 2016 Action Were Completed On May 29, 2020

The Complaint in the 2016 Action was filed and served in December 2016.  Nevro filed petitions for Patent Office review of the eight asserted patents.  The Patent Office declined to institute review on six asserted patents—two patents related to implantable pulse generators (U.S. Patent Nos. 8,644,933 and 7,437,193) and four patents related to stimulation leads (U.S. Patent Nos. 7,891,085, 8,019,439, 8,646,172, and 8,650,747).  These six patents have never been subject to Patent Office review, yet proceedings concerning their infringement have been stayed for two years.

---

[1] D.I. 279 in No. 16-1163-CFC; D.I. 52 in No. 18-644-CFC-CJB.

26575875.1                                     2

Two of the eight patents were subject to Patent Office review. All claims of U.S. Patent No. 7,587,241 were found to be unpatentable. This determination was affirmed by the Federal Circuit on May 18, 2020. The Patent Office also reviewed U.S. Patent No. 6,895,280; certain of its claims were found to be patentable and others to be unpatentable. This decision was affirmed by the Federal Circuit on May 29, 2020. With that affirmance, all Patent Office proceedings upon which the stay of the 2016 Action was premised have been completed and the case is ready to proceed to a case management conference to set a trial date and a schedule.

**B.     The 2016 Patent Claims Should Be Consolidated With The 2018 Trade Secret Claim For Trial In October 2021**

This 2018 Action already has a trial date in place in October 2021 and a *Markman* hearing set for January 2021. As Boston Scientific argued in its Motion to Consolidate, Bifurcate, and Partially Lift Stay, these dates line up perfectly for the 2016 patent claims. The parties have already completed fact discovery and expert reports on the 2016 patents; supplementation of fact discovery and claim construction briefing could be completed well in time for the January 2021 *Markman* hearing, which is more than six months away. Supplemental expert discovery regarding the 2016 patents, if needed, could be conducted in conjunction with the current schedule for expert reports in the 2018 Action following *Markman*. And because the parties have already agreed that the proceedings related to the 2018 patents should be stayed pending recently-instituted Patent

Office reviews, the scope of the consolidated case would be comparable to that contemplated when the Court entered its February 18, 2020 scheduling order. (D.I. 51 in No. 18-644-CFC-CJB.)

The following table summarizes the status of the various issues:

| *Issues* | *Status* |
| --- | --- |
| Patent Office review of 2016 patents | Completed as of May 29, 2020 |
| 2016 patent infringement claims | Ready for status conference re: schedule to complete claim construction and supplement expert discovery, etc. |
| 2018 trade secret claim | Set for trial in October 2021; discovery actively underway |
| 2018 patent infringement claims and counterclaims | Can be stayed pending Patent Office reviews |
| Patent Office review of 2018 patents | Patent Owner's responses due June 2020; initial trials set for October/November 2020; appeals to follow |

Accordingly, and for the reasons set forth in Boston Scientific's opening and reply briefs, Boston Scientific requests that the Court (i) consolidate the 2016 and 2018 Actions; (ii) lift the stay of the 2016 patent claims; (iii) stay all other patent claims and counterclaims; and (iv) order that the parties proceed to trial beginning October 19, 2021 on the 2016 patent claims and the 2018 trade secret claim.

DATED: June 1, 2020

*Of Counsel:*

Matthew M. Wolf
Edward Han
Marc A. Cohn
Amy DeWitt
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
matthew.wolf@arnoldporter.com
ed.han@ arnoldporter.com
marc.cohn@ arnoldporter.com
amy.dewitt@ arnoldporter.com

Dina M. Hayes
Bridgette C. Boyd
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street Suite 4200
Chicago, IL  60602-4231
Telephone: (312) 583-2300
Dina.Hayes@arnoldporter.com
Bridgette.Boyd@arnoldporter.com

Thomas T. Carmack
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square | Suite 500
Palo Alto, CA 94306-2112
Telephone: (650) 319-4500
Tom.Carmack@ arnoldporter.com

*(Continued . . . .)*

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation and*
*Boston Scientific Neuromodulation*
*Corp.*

Michael P. Kahn
Michael N. Petegorsky
Brooks J. Kenyon
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park, Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
mkahn@akingump.com
mpetegorsky@akingump.com
bkenyon@akingump.com

C. Brandon Rash
Rachel J. Elsby
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006-1037
Telephone: (202) 887-4000
brandon.rash@akingump.com
relsby@akingump.com

Jason Weil
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
Telephone: (215) 965-1200
jweil@akingump.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 1, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Defendant Nevro Corp.:*

| | |
|---|---|
| Rodger D. Smith II | rsmith@mnat.com |
| Michael J. Flynn | mflynn@mnat.com |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

| | |
|---|---|
| Bradford J. Badke | jbadke@sidley.com |
| Ching-Lee Fukuda | clfukuda@sidley.com |
| Ketan V. Patel | ketan.patel@sidley.com |
| Sharon Lee | sharon.lee@sidley.com |

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

Thomas A. Broughan III   tbroughan@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005

Nathan A. Greenblatt   ngreenblatt@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road Building 1
Palo Alto, CA 94304

| | |
|---|---|
| Michael A. Jacobs<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | *mjacobs@mofo.com* |
| Kenneth A. Kuwayti<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018 | *kkuwayti@mofo.com* |
| Bita Rahebi<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543 | *brahebi@mofo.com* |

June 1, 2020

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903)
*[kpascale@ycst.com]*
Pilar G. Kraman (#5199)
*[pkraman@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation and*
*Boston Scientific Neuromodulation Corp.*