# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Plaintiffs, <br><br> v. <br><br> NEVRO CORP., <br><br> Defendant. | C.A. No. 18-644-CFC-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 8, 2020, copies of:

***BSC's Amended Rule 26(a)(1) Initial Disclosures***; and

***BSC's Amended Initial Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery, Including Discovery of Electronically Stored Information***,

were caused to be served upon the following counsel of record by e-mail:

***Attorneys for Defendant Nevro Corp.:***

| | |
|---|---|
| Rodger D. Smith II | rsmith@mnat.com |
| Michael J. Flynn | mflynn@mnat.com |
| Lucinda C. Cucuzzella | ccucuzzella@mnat.com |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

SIDLEY AUSTIN LLP                SidleyNevroIITeam@sidley.com

| | |
|---|---|
| Bradford J. Badke | jbadke@sidley.com |
| Ching-Lee Fukuda | clfukuda@sidley.com |
| Ketan V. Patel | ketan.patel@sidley.com |
| Sharon Lee | sharon.lee@sidley.com |

787 Seventh Avenue
New York, NY 10019

*(Continued . . . .)*

| | |
|---|---|
| Thomas A. Broughan III<br>1501 K Street, N.W.<br>Washington, DC 20005 | *tbroughan@sidley.com* |
| Nathan A. Greenblatt<br>1001 Page Mill Road Building 1<br>Palo Alto, CA 94304 | *ngreenblatt@sidley.com* |
| MORRISON & FOERSTER LLP | |
| Michael A. Jacobs<br>425 Market Street<br>San Francisco, California 94105-2482 | *MJacobs@mofo.com* |
| Kenneth A. Kuwayti<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018 | *KKuwayti@mofo.com* |

In addition, this Notice of Service was served upon the above listed counsel of record by email on June 8, 2020.

DATED: June 8, 2020

*Of Counsel:*

Matthew M. Wolf
Edward Han
Marc A. Cohn
Amy DeWitt
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Matthew.Wolf@arnoldporter.com
Ed.Han@ arnoldporter.com
Marc.Cohn@ arnoldporter.com
Amy.DeWitt@ arnoldporter.com

Dina M. Hayes
Bridgette C. Boyd
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street Suite 4200
Chicago, IL 60602-4231
(312) 583-2300
Dina.Hayes@arnoldporter.com
Bridgette.Boyd@arnoldporter.com

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation and*
*Boston Scientific Neuromodulation Corp.*

Thomas T. Carmack
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square | Suite 500
Palo Alto, CA 94306-2112
Telephone: (650) 319-4500
Tom.Carmack@ arnoldporter.com

Michael P. Kahn
Michael N. Petegorsky
Brooks J. Kenyon
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park, Bank of America Tower
New York, NY 10036-6745
(212) 872-1000
mkahn@akingump.com
mpetegorsky@akingump.com
bkenyon@akingump.com

C. Brandon Rash
Rachel J. Elsby
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006-1037
(202) 887-4000
brandon.rash@akingump.com
relsby@akingump.com

Jason Weil
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
(215) 965-1200
jweil@akingump.com